# Exhibit B

U.S. Patent No. 7,400,253 vs. Wiliot IoT Pixels ("Accused Instrumentality")

| Claim Language | Accused Instrumentality |
| --- | --- |
| 1. An electronic device comprising: | The Accused Instrumentality is an electronic device.<br><br>**What are Wiliot IoT Pixels?**<br><br>Wiliot's IoT Pixels empower every product, every object, every 'thing', to sense and to fix inefficiencies and problems it encounters.<br><br>When combined with machine learning and artificial intelligence in the cloud, The Wiliot Intelligence Platform delivers sensing functionalities like temperature and location. Wiliot IoT Pixels connect things to the Internet seamlessly, leveraging a ubiquitous ecosystem of Bluetooth-enabled devices like smartphones and access points. Wiliot IoT Pixels can deliver real-time, item-level data essential for digital product passports and IoT Inventory Management, enabling traceability and transparency throughout the product lifecycle.<br><br>Wiliot's IoT Pixels empower every product, every object, every 'thing', to sense and to fix inefficiencies and problems it encounters. |

<table>
<tr>
<td></td>
<td>IoT Pixels are postage stamp-sized compute devices that power themselves without batteries and by harvesting radio waves.<br><br><br><br>https://www.wiliot.com/product/iot-pixels#overview</td>
</tr>
<tr>
<td>a control module comprising an energy harvesting controller;</td>
<td>The Accused Instrumentality comprises a control module with an energy-harvesting controller (power management unit that monitors the energy on a storage capacitor and schedules process execution when enough energy has been harvested). For example, the control module comprises the Wiliot chip’s processing unit (ARM Cortex-M0+) and power management unit</td>
</tr>
</table>






### What does the Wiliot chip do?

The chip consists of 5 main components: an energy harvester that captures ambient RF energy, an integrated sensing unit, a security unit, a processing unit, and a Bluetooth transmitter.

The chip uses these components to sense its environment and relay that information, battery free, over bluetooth.

https://www.wiliot.com/faq

| | |
|---|---|
| | **CPU**<br><br>ARM Cortex M0+ 32-bit operating at 1 MHz |
| a tag module controlled by said control module; | The Accused Instrumentality comprises a tag module which is controlled by the control module. For example, each Pixel contains identifying information to identify the item being tracked by the Pixel. |

| | |
|---|---|
| | **What Are Wiliot IoT Pixels?**<br><br>Wiliot IoT Pixels are the sensing layer of the Wiliot Physical AI platform. These low-cost, battery-free Bluetooth sensors attach to cases, pallets, reusable transport items (RTIs), and individual products — harvesting energy from ambient radio signals to sense and transmit location, temperature, and movement data continuously. No batteries. No charging. No maintenance. No scanning required.<br><br>When combined with the Wiliot Network Infrastructure and Wiliot Physical AI platform, IoT Pixels enable every tagged item to become a continuous, real-time data source — feeding the purpose-built AI and ML models that transform raw sensing data into actionable supply chain intelligence. Automated inventory tracking, condition monitoring, FSMA 204 traceability, and digital product passports are all built on the foundation that IoT Pixels provide. |
| a sensor module controlled by said control module; | The Accused Instrumentality comprises a sensor module controlled by said control module. For example, the Accused Instrumentality includes a temperature, location and humidity sensor controlled by the control module. |

<table>
<tr>
<td></td>
<td>
<table>
<tr><th></th><th>Battery-Free</th><th>Battery-Free: Humidity</th></tr>
<tr><td>Power</td><td>Harvests radio waves from nearby device – No power limits to lifespan</td><td>Harvests radio waves from nearby device – No power limits to lifespan</td></tr>
<tr><td>Cost</td><td>As low as 10c at high volume</td><td>As low as 12c at high volume</td></tr>
<tr><td>Size</td><td>2.8 x 4.4 cm – 0.2mm thick</td><td>2.8 x 4.4 cm – 0.2mm thick</td></tr>
<tr><td>Environmental Operating Conditions</td><td>Operates from -40 to 85 °C</td><td>Operates from -40 to 85 °C</td></tr>
<tr><td>Sensing</td><td>Temperature, Location</td><td>Temperature, Location, Humidity</td></tr>
</table>
https://www.wiliot.com/product/iot-pixels#product-details<br><br>
What does the Wiliot chip do?<br><br>
The chip consists of 5 main components: an energy harvester that captures ambient RF energy, an integrated sensing unit, a security unit, a processing unit, and a Bluetooth transmitter.<br><br>
The chip uses these components to sense its environment and relay that information, battery free, over bluetooth.<br><br>
https://www.wiliot.com/faq
</td>
</tr>
<tr>
<td>an energy harvesting module controlled by said energy harvesting controller and adapted to wirelessly collect ambient radio frequency (RF) electromagnetic (EM) energy; and</td>
<td>The Accused Instrumentality comprises an energy harvesting module controlled by said energy harvesting controller and adapted to wirelessly collect ambient radio frequency (RF) electromagnetic (EM) energy. For example, the energy harvesting module contains antennas and associated collection circuitry adapted to collect ambient RF EM energy.</td>
</tr>
</table>

# How are Wiliot's Battery-Free IoT Pixels different?

IoT Pixels are postage stamp-sized compute devices that power themselves without batteries and by harvesting radio waves.

The IoT Pixel has essentially no limits to life, is embeddable, and operates with minimal low-cost infrastructure for harvesting and reading. Being battery-free combined with innovative tag production techniques gives the IoT Pixels advantages in size, cost and maintenance.

IoT Pixels are postage stamp-sized compute devices that power themselves without batteries and by harvesting radio waves.

| | Battery-Free | Battery-Free: Humidity |
|---|---|---|
| Power | Harvests radio waves from nearby device – No power limits to lifespan | Harvests radio waves from nearby device – No power limits to lifespan |
| Cost | As low as 10c at high volume | As low as 12c at high volume |
| Size | 2.8 x 4.4 cm – 0.2mm thick | 2.8 x 4.4 cm – 0.2mm thick |
| Environmental Operating Conditions | Operates from -40 to 85 °C | Operates from -40 to 85 °C |
| Sensing | Temperature, Location | Temperature, Location, Humidity |

| | |
|---|---|
| | <br>https://www.wiliot.com/product/iot-pixels#product-details<br><br>**What does the Wiliot chip do?**<br>The chip consists of 5 main components: an energy harvester that captures ambient RF energy, an integrated sensing unit, a security unit, a processing unit, and a Bluetooth transmitter.<br>The chip uses these components to sense its environment and relay that information, battery free, over bluetooth.<br><br>https://www.wiliot.com/faq |

| | |
|---|---|
| | the next one. Similarly, the Wiliot chip starts to operate the harvester at very low input levels and accumulates DC voltage on the capacitor very early. It is then able to very efficiently use the tiny energy available and incrementally progress the execution flow that eventually leads to a packet transmission by saving the results of each step, ready to resume when the next wave comes.<br><br>We call this energy-compute-store paradigm a 'wave computing cycle'.<br><br>Is one computing cycle enough to send out a Bluetooth Advertising Packet? Actually, the flow to send a full length Bluetooth Advertising Packet (37 bytes of payload, 376 microseconds of RF activity) is more complex: besides the harvester kicking on to start collecting the energy, the whole chip needs to wake-up the ARM core, grab data from the sensor, prepare the Bluetooth Advertising Packet and fill it with sensor data, encrypt it, making sure that timing and frequencies are in place to be correctly interpreted by the remote receiver and then send out the packet on the three<br>https://www.wiliot.com/nano-watt-computing-an-overview#news-content |
| a power module adapted to provide a power supply for said control module, said power supply being generated by the collected ambient RF EM energy, | The Accused Instrumentality comprises a power module adapted to provide a power supply for said control module, wherein said power supply is generated by the collected ambient RF EM energy. For example the Accused Instrumentality includes an on-board capacitor for harvested energy storage such that processes execute when the capacitor has accumulated sufficient stored energy.<br><br>"Each IoT Pixels chip includes multiple harvesting units that transform even weak, bursty RF power emissions into DC voltage. … Then they begin accumulating electrical energy in an internal capacitor to power the IoT Pixel's SoC."<br><br>"The IoT Pixels knows how much power it has stored and how much it needs to complete the next stage in the process of preparing and sending its data packets. … The IoT Pixels is designed to compare the power required to complete the next step in the computational process with the available energy and proceed only when there is enough energy to get to the next stage."<br>https://www.wiliot.com/internet-of-everyday-things |

See also https://www.wiliot.com/nano-watt-computing-an-overview#news-content (cited above for the energy harvesting module).
https://developer.arm.com/documentation/ddi0484/c/Functional-Description/About-the-functions

## Low power modes

The implementation can include a WIC. This enables the processor and NVIC to be put into a very low-power sleep mode leaving the WIC to identify and prioritize interrupts.

The processor fully implements the *Wait For Interrupt* (`WFI`), *Wait For Event* (`WFE`) and the *Send Event* (`SEV`) instructions. In addition, the processor also supports the use of SLEEPONEXIT, that causes the processor core to enter sleep mode when it returns from an exception handler to Thread mode. See the *ARMv6-M Architecture Reference Manual* for more information.

← →

## About the NVIC

External interrupt signals connect to the NVIC, and the NVIC prioritizes the interrupts. Software can set the priority of each interrupt. The NVIC and the Cortex-M0+ processor core are closely coupled, providing low latency interrupt processing and efficient processing of late arriving interrupts.

All NVIC registers are only accessible using word transfers. Any attempt to read or write a halfword or byte individually is Unpredictable.

NVIC registers are always little-endian. Processor accesses are correctly handled regardless of the endian configuration of the processor.

Processor exception handling is described in *Exceptions*.

← →

https://developer.arm.com/documentation/ddi0484/c/Nested-Vectored-Interrupt-Controller/About-the-NVIC

| DMIPS | CoreMark/MHz |
|---|---|
| 0.95 | 2.39 |

| Configuration | 90LP<br>Arm SC7 RVT SS<br>1.08V, 125°C | | 40LP<br>Arm SC9 RVT C50 SS<br>0.99V, 125°C | |
|---|---|---|---|---|
| | Area mm² | Power µW/MHz | Area mm² | Power µW/MHz |
| Minimum Configuration* | 0.0275 | 9.36 | 0.0066 | 3.8 |
| Typical** | 0.0576 | 13.04 | 0.0141 | 5.5 |

https://developer.arm.com/documentation/102835/0100

| | |
|---|---|
| wherein said energy harvesting controller is adapted to (i) assess power requirements of each of the tag and sensor modules, (ii) transfer power from said energy harvesting module to any of said tag and sensor modules, and (iii) charge a local energy storage device. | The Accused Instrumentality comprises an energy harvesting controller that is adapted to (i) assess power requirements of each of the tag and sensor modules, (ii) transfer power from said energy harvesting module to any of said tag and sensor modules, and (iii) charge a local energy storage device. For example, the energy harvesting controller handles the power requirements and management for the tag and sensor modules by detecting and transferring power from the energy harvesting module. Additionally, the energy harvesting controller charges a capacitor. [1]<br><br>Then it's time to descend the wave and utilize energy accumulated in the capacitor. Surfers use the gravitational pull to speed down the wave and enjoy the ride; the circuits in the Wiliot chip use the electrical field generated by the capacitor to perform a computational block of operations instead.<br><br>Thanks to a system architecture design based on distributed power domains and processing units, and tight control and monitoring of the available energy at disposal with respect to power budget requirements to execute those, computing operations are done efficiently, and the voltage domains switch off rapidly. When the voltage on the capacitor is about to elapse, and the wave is approaching the end part of its descent (which incidentally, decays over time like an ocean wave fades in the ocean), the intermediate results are stored in an ultra low-power retention memory area. |

[1] https://www.youtube.com/watch?v=_PRhxP7w4qg at minute 4:00 - minute 4:45

| | |
|---|---|
| | the next one. Similarly, the Wiliot chip starts to operate the harvester at very low input levels and accumulates DC voltage on the capacitor very early. It is then able to very efficiently use the tiny energy available and incrementally progress the execution flow that eventually leads to a packet transmission by saving the results of each step, ready to resume when the next wave comes.<br><br>We call this energy-compute-store paradigm a 'wave computing cycle'.<br><br>Is one computing cycle enough to send out a Bluetooth Advertising Packet? Actually, the flow to send a full length Bluetooth Advertising Packet (37 bytes of payload, 376 microseconds of RF activity) is more complex: besides the harvester kicking on to start collecting the energy, the whole chip needs to wake-up the ARM core, grab data from the sensor, prepare the Bluetooth Advertising Packet and fill it with sensor data, encrypt it, making sure that timing and frequencies are in place to be correctly interpreted by the remote receiver and then send out the packet on the three advertising channels.<br><br>The answer to the above question is 'it depends' on the energy source. Typically, it takes several wave computing cycles to send a packet out, but the Wiliot chip was designed with a flexible architecture so that waves can be collated and merged if enough energy is available or fragmented into multiple segments.<br><br>This is done thanks to a design that relies on the complete power awareness of the computing sequences. The cost of each step has been characterized and is continuously compared to the energy budget available and necessary to complete the next operation(s) in the sequence and to retain the results.<br><br>https://www.wiliot.com/nano-watt-computing-an-overview#news-content<br><br>**What does the Wiliot chip do?**<br><br>The chip consists of 5 main components: an energy harvester that captures ambient RF energy, an integrated sensing unit, a security unit, a processing unit, and a Bluetooth transmitter.<br><br>The chip uses these components to sense its environment and relay that information, battery free, over bluetooth.<br><br>https://www.wiliot.com/faq |

<table>
<tr><td></td><td>
</td></tr>
</table>